**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, INC., a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>K & M AUTO SERVICE GROUP, INC. D/B/A/ ALEX'S AUTO REPAIR & ELECTRONIC, a California corporation; ATEF ABDELMALAK, an individual; and DOES 1 through 10,<br><br>Defendants. | CV 17-3066 PA (RAOx)<br><br>JUDGMENT AND PERMANENT INJUNCTION |

Pursuant to this Court's September 8, 2017 Minute Order granting the Motion for Default Judgment filed by plaintiff American Automobile Association, Inc. ("Plaintiff") against defendants K & M Auto Service Group, Inc. d/b/a/ Alex's Auto Repair & Electronic and Atef Abdelmalak (collectively "Defendants"), it is hereby ORDERED, ADJUDGED, AND DECREED:

1. Defendants, their agents, servants, employees, attorneys, and any and all persons in active concert or participation with any of them, are permanently enjoined from engaging in any of the following acts:

a. Using the AAA Marks, or any other name, mark, or design incorporating the AAA Marks, either alone or in combination with other words or symbols, in marketing, sales, distribution, promotion, advertising, identification, or in any other manner in connection with motor vehicle testing services and other related services at any locality in the United States;

b. Using the AAA Marks, or any other name, mark, or design incorporating the AAA Marks, in any form or manner that would tend to identify or associate Defendants' businesses or services with Plaintiff in marketing, sales, distribution, promotion, advertising, identification, or in any other manner in connection with any business;

c. Representing (either orally or in writing) that their businesses are affiliated with, or approved by, Plaintiff in any way in marketing, sales, distribution, promotion, advertising, identification, or in any other manner in connection with any business;

2. Defendants, pursuant to 15 U.S.C. § 1118, shall deliver to Plaintiff's attorney within thirty (30) days after issuance of this Judgment, to be impounded or destroyed by Plaintiff, all literature, signs, labels, prints, packages, wrappers, containers, advertising materials, stationery, and any other items in their possession or control that contain the AAA Marks, or any other name, mark, or design incorporating the AAA Marks, either alone or in combination with other words and symbols;

3. Defendants are further ordered to remove from their business premises and emergency roadside service vehicles, within thirty (30) days after issuance of this Judgment, all instances of the AAA Marks, or any other name, mark, or design incorporating the AAA Marks, and to destroy all molds, plates, masters, or means of creating the infringing items; and

4. Defendants are further ordered to instruct, within thirty (30) days after issuance of this Judgment, any print directory, Internet directory, or website that they have

caused to carry the AAA Marks, or any other name, mark, or design incorporating the AAA Marks, to cease using such marks at the earliest possible date.

The Clerk is ordered to enter this Judgment and Permanent Injunction.

DATED: September 8, 2017

                                              Percy Anderson
                                  UNITED STATES DISTRICT JUDGE